IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MARTIN TURNER,

        Appellant,

  v.

Case No.  5D22-2491
LT Case No. 2021-CF-001874-A

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed May 2, 2023

Appeal from the Circuit Court
for Seminole County,
Donna L. Mcintosh, Judge.

Matthew J. Metz, Public Defender,
and Victoria R. Cordero, Assistant
Public Defender, Daytona Beach,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Stephen R. Putnam,
Jr., Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

WALLIS, JAY and MACIVER, JJ., concur.